UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARBARA CUNNINGHAM BRUSH                    CIVIL ACTION

VERSUS                                       NO. 11-822

EBI MEDICAL SYSTEMS, INC., ET AL.            SECTION "N" (4)

### ORDER AND REASONS

Presently before the Court is Plaintiff's Motion to Remand (Rec. Doc. 5). Defendants timely removed this action to federal court based on the diversity of citizenship jurisdiction provided by 28 U.S.C. § 1332. Urging that the amount in controversy is less than that required by §1332, and that diversity is not complete, Plaintiff seeks remand to state court. Having carefully reviewed the parties' submission, the record, and applicable law, the Court finds – for the reasons stated in the opposition memorandum filed by Defendant EBI, LLC (Rec. Doc. 6), and because the cases that Plaintiff cites relative to fictitious defendants are factually distinguishable – Plaintiff's motion to be without merit. Accordingly, **IT IS ORDERED** that Plaintiff's motion to remand is **DENIED**.

New Orleans, Louisiana, this 11th day of October 2011.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE